# FINANCIAL DISCLOSURE REPORT
# FOR CALENDAR YEAR 2018

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| | | |
|---|---|---|
| **1. Person Reporting (last name, first, middle initial)**<br><br>Morgan, Henry C. | **2. Court or Organization**<br><br>U.S. District Court, EDVA | **3. Date of Report**<br><br>01/14/2020 |
| **4. Title (Article III judges indicate active or senior status;** magistrate judges indicate full- or part-time)<br><br>U.S. District Judge - Senior Status | **5a. Report Type (check appropriate type)**<br><br>☐ Nomination    Date<br>☐ Initial    ✔ Annual    ☐ Final<br><br>**5b.** ✔ Amended Report | **6. Reporting Period**<br><br>01/01/2018<br>**to**<br>12/31/2018 |

| |
|---|
| **7. Chambers or Office Address**<br><br>600 Granby Street, Room 307<br>Norfolk, Virginia 23510 |

| |
|---|
| ***IMPORTANT NOTES:** **The instructions accompanying this form must be followed. Complete all parts,<br>checking the NONE box for each part where you have no reportable information.*** |

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Adjunct Professor | Regent University, School of Law |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

✔ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Morgan, Henry C. | 01/14/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2018 | Regent University, School of Law, teaching income | $6,000.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2018 | Real Estate Sales, self-employed realtor |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Virginia CLE | 1/9/18-01/11/18 | Charlottesville, VA | Educational Seminar | Transportation, Lodging, Meals |
| 2. | Virginia CLE | 12/5/18-12/6/18 | Charlottesville, VA | Educational Seminar | Transportation, Lodging, Meals |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Morgan, Henry C.** | 01/14/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑  NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑  NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Morgan, Henry C.** | 01/14/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. UBS Financial Services Accounts (H) | | | | | Closed | 02/13/18 | | | |
| 2. Raymond James Accounts (H) | | | | | Open | 02/13/18 | | | |
| 3. UBS Financial Services - IRA Rollover (H) | | | | | Closed | 02/13/18 | | | |
| 4. Raymond James - IRA (H) | | | | | Open | 02/13/18 | | | |
| 5. - Dollar Tree Inc. (Common) | | None | J | T | | | | | |
| 6. - Eaton Vance TX Mining (Mutual Fund) (X) | A | Dividend | J | T | Buy | 04/04/18 | J | | |
| 7. - JPMorgan Chase & Co (Common) | A | Dividend | K | T | | | | | |
| 8. - Mylan N V Eur (Common) | | None | J | T | | | | | |
| 9. - Price T Rowe Group Inc (Common) | A | Dividend | J | T | | | | | |
| 10. - TowneBank Portsmouth VA | A | Dividend | J | T | | | | | |
| 11. - United Technologies Corp. (Common) | A | Dividend | J | T | | | | | |
| 12. - Visa Inc. (Common) | A | Dividend | K | T | | | | | |
| 13. UBS Financial Services, Roth IRA 1 (H) | | | | | Closed | 02/13/18 | | | |
| 14. UBS Financial Services, Roth IRA 2 (H) | | | | | Closed | 02/13/18 | | | |
| 15. Raymond James - Roth IRA (H) | | | | | Open | 02/13/18 | | | |
| 16. - Alphabet Inc Class A (Common) | | None | J | T | | | | | |
| 17. - Alphabet Inc Class C (Common) | | None | J | T | | | | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Morgan, Henry C. | 01/14/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - Amazon.com Inc. (Common) | | None | K | T | | | | | |
| 19. - AT&T Inc. (Common) | A | Dividend | J | T | | | | | |
| 20. - Boeing Company (Common) | A | Dividend | J | T | | | | | |
| 21. - Capital One Financial Corp (Common) | A | Dividend | J | T | | | | | |
| 22. - Eaton Vance TX Mining (Mutual Fund) (X) | A | Dividend | J | T | Buy | 04/04/18 | J | | |
| 23. - EcoLab Inc. (Common) | A | Dividend | J | T | | | | | |
| 24. - Emerson Electric Co. (Common) | A | Dividend | J | T | | | | | |
| 25. - Facebook Inc. (Common) | | None | J | T | | | | | |
| 26. - Intel Corp (Common) | A | Dividend | J | T | | | | | |
| 27. - iRobot Corp. (Common) | | None | L | T | | | | | |
| 28. - Microsoft Corp. (Common) | A | Dividend | K | T | | | | | |
| 29. - Rare Element Resources Ltd. (Common) | | None | J | T | | | | | |
| 30. - Seadrill Ltd US (Common)(Y) | | | | | | | | | |
| 31. - TowneBank Portsmouth VA (Common) | E | Dividend | P1 | T | | | | | |
| 32. | | | | | Sold (part) | 06/05/18 | K | | |
| 33. | | | | | Buy (add'l) | 08/06/18 | K | | |
| 34. | | | | | Sold (part) | 11/14/18 | L | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Morgan, Henry C.** | 01/14/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Buy (add'l) | 12/05/18 | K | | |
| 36.  TowneBank Checking Account | A | Interest | K | W | | | | | |
| 37.  Davenport Trust Company Accts. (H) | | | | | | | | | |
| 38.  - Abbott Labs (Common) | A | Dividend | J | T | | | | | |
| 39.  - Abbvie Inc. (Common) | | None | | | Sold | 02/09/18 | J | A | |
| 40.  - Alibaba Group Holding (Common) | | None | | | Buy (add'l) | 05/07/18 | J | | |
| 41. | | | | | Sold (part) | 10/08/18 | J | | |
| 42. | | | | | Sold | 10/08/18 | J | | |
| 43.  - Analog Devices Inc (Common) | A | Dividend | J | T | | | | | |
| 44.  - Applied Materials (Common) | | None | | | Buy | 01/17/18 | J | | |
| 45. | | | | | Sold | 07/19/18 | J | | |
| 46.  - AT&T (Common) | A | Dividend | | | Sold | 01/19/18 | J | A | |
| 47.  - Bank of America (Common) | | | | | Buy | 01/19/18 | J | | |
| 48. | | | | | Buy (add'l) | 11/08/18 | J | | |
| 49.  - Broadcom (Common) | A | Dividend | | | Sold (part) | 01/19/18 | J | | |
| 50. | | | | | Sold | 07/12/18 | J | A | |
| 51.  - Constellation Brands (Common) | | None | J | T | Buy | 08/21/18 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Morgan, Henry C.** | 01/14/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. - Dollar Tree Corporation (Common) | A | Dividend | J | T | | | | | |
| 53. - Facebook Inc Class A | A | Dividend | | | Sold | 01/19/18 | K | A | |
| 54. - iRobot Corp (Common) | B | Dividend | J | T | Buy | 04/20/18 | J | | |
| 55. | | | | | Buy<br>(add'l) | 07/12/18 | J | | |
| 56. - Johnson & Johnson (Common) | A | Dividend | J | T | | | | | |
| 57. - Merck & Company (Common) | A | Dividend | J | T | | | | | |
| 58. - Occidental Petroleum (Common) | A | Dividend | K | T | | | | | |
| 59. - Philip Morris Intl Inc. (Common) | | None | | | Sold | 02/01/18 | J | | |
| 60. - Qualcomm Inc. (Common) | A | Dividend | | | Buy | 02/01/18 | J | | |
| 61. | | | | | Sold | 05/07/18 | J | A | |
| 62. - TowneBank Portsmouth (Common) | A | Dividend | J | T | | | | | |
| 63. - Waste Connections Inc. (Common) | A | Dividend | J | T | | | | | |
| 64. - Weyerhaeuser Company (Common) | A | Dividend | | | Sold | 08/14/18 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Morgan, Henry C. | 01/14/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII. Investments and Trusts.

The account formerly reported as UBS Financial Services Accounts (H) was closed on 2/13/18. All assets were transferred to a new investment account with Raymond James. The account formerly referred to as UBS Financial Services - IRA Rollover (H) is now reported as Raymond James - IRA (H). The assets from accounts formerly referred to UBS Financial Services, Roth IRA 1 (H) and UBS Financial Services, Roth IRA 2 (H) are now combined and reflected as Raymond James - Roth IRA (H).

Lines 16 and 17 - Alphabet Inc Class A (Common) & Class C (Common) were formerly reported as Google (Common) in prior years.

Line 30 - Seadrill Ltd. is no longer reportable as its value has fallen below the threshold.

| Name of Person Reporting | Date of Report |
|---|---|
| Morgan, Henry C. | 01/14/2020 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ Henry C. Morgan**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544